IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  
**DEAN B. DAVIS,**
      Debtor.
_____/

CASE NO**.:** **14-04283-JAF**

First Payment Due Date: October 2, 2014  
Claims Bar Date: January 12, 2015  
341: October 14, 2014 at 9:30am  
Confirmation: November 18, 2014 at 1:30pm  
Cont. Confirmation: February 3, 2015 at 1:30 PM

## FIFTH AMENDED CHAPTER 13 PLAN

1. The future earnings or income of the Debtor(s) is submitted to the supervision and control of the Trustee.

2. The total of **$2,915.00** per month, for months **1-10** and **$3,000.00** for months **11-60** shall be submitted to the control of the Trustee for administration on behalf of creditors filing allowed claims, for a duration of **sixty (60)** months**,** i.e. the "life of the plan", or, alternatively, until all such claims are paid in full.

3. The Trustee shall make the following disbursements from the payments so received:

### A. PRIORITY CLAIMS

(1) The fees and expenses of the Trustee shall be paid over the life of the plan at the rate of ten percent (10%) of the amount of all payments remitted under the plan.

(2) **The Law Offices of Keith D. Collier** has an administrative priority claim in the amount of $2,830.00. Upon confirmation the Trustee shall make payments of **$1,202.00** per month, for months **1-2** and **$426.00** for month **3,** with no interest, in order to satisfy this obligation. The Trustee shall also make payments of **$25.00** per month, for months **1-36,** for monthly administrative fees.

(3) The **Internal Revenue Service** has a priority claim in the amount of $7,504.36 for past due personal taxes. The Trustee shall make payments of **$131.67** per month, for months **4-60**, in order to satisfy this obligation.

### B. SECURED CLAIMS

(1) **Kondaur Capital Corporation (Account Ending In #7992)** has the first mortgage on the Debtor's principal residence located at (14661 Christen Dr., Jacksonville, FL 32218). The Trustee shall make the regular monthly payments of **$1,295.99** for months **1-2** and **$1,193.62** for months **3-60**, subject to periodic changes in accordance with variations in the prevailing discount rate and/or potential escrow advances paid by this secured creditor. The total arrearage on the mortgage payments is $52,250.92, which includes late charges, reasonable pre-petition attorney's fees, and costs. The Trustee shall pay this creditor **$916.69** per month, for months **4-60**, toward the arrearage to bring the mortgage payments current over the life of the plan.

(2)   **Hidden Lake Homeowners Association of Jacksonville, Inc** has a lien on the Debtor's principal residence located at (14661 Christen Dr., Jacksonville, FL 32218) in the amount of $3,000.00. The Trustee shall pay this creditor **$61.06** per month, from payments **4-60**, which includes six percent (6%) interest, for the life of the plan to satisfy this obligation. **Totaling $3,479.90**

(3)   **US Bank Home Mortgage (Account Ending In #7122)** has the first mortgage on the Debtor's Ex wife's house located at (10560 Villanova Rd., Jacksonville, FL 32218). **The Debtor(s) surrender their interest in this property for full satisfaction of this debt.**

(4)   **TMX Finance of Florida, Inc (Account Ending In #2701)** holds a security interest in the Debtor's 2007 Ford Expedition in the amount of $5,340.00. The Trustee shall pay this creditor **$100.00** per month, for months **1-9** and **$105.89** for month **10-60**, which includes six percent (6%) interest, for the life of the plan to satisfy this obligation. **Totaling $6,194.23**

**(5)**   **Wells Fargo Bank, N. A. (Account Ending In # 1172)** holds a security interest in the Debtor's Open-End Revolving Credit Savings Account in the amount of $269.15. **The debtor(s) surrender their interest in this account for full satisfaction of this debt.**

(6)   All secured creditors will retain their liens, pursuant to 11 U.S.C. 1325(a)(B)(i).

### C. UNSECURED CLAIMS

(1)   Unsecured creditors, including those secured creditors having deficiency claims or whose liens have been avoided, shall receive distribution on a pro-rata basis after all administrative, priority and secured claims have been paid in full. The Trustee shall distribute the remaining monies paid into the plan, after payment of all other creditors under the plan, to said unsecured creditors.

(2)   Any claim filed after the last date to file claims, shall receive no distribution under this plan unless specifically provided for above.

### D. GENERAL PROVISIONS

(1)   The Debtor(s) does not reject any executory contracts.

(2)   Title to all property in the estate shall re-vest in the Debtors upon confirmation of this plan.

(3)   Except as provided for in the plan, Student Loans and as to the United States Department of Education, the order confirming the plan or other court order, no interest, late charges, penalties or attorneys' fees will be paid to or accessible by any creditor. 11 U.S.C. Section 1327(a) provides: "The provisions of a confirmed plan bind the Debtor and each creditor, whether or not the claim of such creditor is provided for by the plan, and whether or not such creditor has objected to, has accepted, or has rejected the plan."

(4)   Confirmation of the plan shall impose an affirmative duty on the holders and/or the servicers of any claims secured by liens, mortgages and /or deeds of trust on the principal residence of the Debtors to do all of the following:

   (A) To apply the payments received from the trustee on the prepetition arrearages, if an, only to such arrearages. For purposed of this plan, the "prepetition" arrears shall include all sums included in the "allowed" proof of claim and shall have a "0" balance upon entry of the Discharge Order in this care.

(B) To deem the prepetition arrearages as contractually current upon confirmation of the plan, thereby precluding the imposition of late payment charges or other default-related fees and services based solely on the prepetition default or defaults.

(C) To apply the direct post-petition monthly mortgage payments paid by the trustee or by the Debtors to the month in which each payment was designated to be made under the plan or directly by the Debtors, whether or not such payments are immediately applied by the creditor to the outstanding loan balance or are placed into some type of suspense, forbearance or similar account.

| | |
|---|---|
| **DATED:  January 12, 2015** | **The Law Offices of Keith D. Collier** |
| | /s/ Keith D. Collier, Esquire<br>**KEITH D. COLLIER**<br>Florida Bar No.: 0633771<br>2350 Park Street<br>Jacksonville, Florida 32204<br>(904) 696-DEBT (3328)/Fax: 981-8015<br>Collier@KeithDCollier.com<br>Attorney for Debtor(s) |

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:                                                                  CASE NO.: **14-04283-JAF**

**DEAN B. DAVIS,**

        Debtor(s).
_____/

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a copy of the attached Debtor's Fifth Amended Chapter 13 Plan has been furnished by Electronic Mail/U.S. Mail to all parties of interest on the attached mailing matrix this 12th day of January 2015.

                                                  **The Law Offices of Keith D. Collier, PLLC**

                                                  /s/ Keith D. Collier, Esquire
                                                  **KEITH D. COLLIER**
                                                  Florida Bar No.: 0633771
                                                  2350 Park Street
                                                  Jacksonville, Florida 32204
                                                  (904) 981-8100/Fax: 981-8015
                                                  Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:14-bk-04283-JAF<br>Middle District of Florida<br>Jacksonville<br>Mon Jan 12 16:57:23 EST 2015 | Dean B. Davis<br>14661 Christen Dr<br>Jacksonville, FL 32218-0828 | Rondaur Capital Corporation<br>c/o Berger Firm P.A.<br>2410 Hollywood Boulevard<br>Hollywood, FL 33020-6607 |
| American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA  90051-5478 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 |
| Cap One<br>PO Box 5253<br>Carol Stream, IL  60197-5253 | Cap One<br>PO Box 52530<br>Carol Stream, IL  60196 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital 1 Bank<br>Attn: General Correspondence<br>PO Box 30285<br>Salt Lake City, UT  84130-0285 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Carrington Mortgage SE<br>1610 E Saint Andrew Pl<br>Santa Ana, CA  92705-4931 |
| Carrington Mortgage SE<br>PO Box 54285<br>Irvine, CA  92619-4285 | City of Jacksonville<br>117 West Duval Street Ste. 480<br>Jacksonville, FL 32202-5721 | Coastline Federal Cred<br>4651 Emerson St<br>Jacksonville, FL  32207-4920 |
| Convergent Outsourcing<br>800 SW 39th St<br>Renton, WA  98057-4975 | Credit One Bank<br>PO Box 98873<br>Las Vegas, NV  89193-8873 | Credit One Bank NA<br>PO Box 98872<br>Las Vegas, NV  89193-8872 |
| (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | Diversified<br>10550 Deerwood Park Blvd<br>Jacksonville, FL 32256-2805 | Duval County Tax Collector<br>231 Forsyth St.  #130<br>Jacksonville FL 32202-3380 |
| Er Solutions/Convergent Outsourcing, Inc<br>PO Box 9004<br>Renton, WA  98057-9004 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD  57107-0145 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Francine Claur Landau<br>3740 Beach Blvd Ste 307-B<br>Jacksonville, FL 32207-3819 | Frost - Arnet Company<br>PO Box 1022<br>Wixom, MI  48393-1022 | GECRB/JC Penny<br>Attention: Bankruptcy<br>PO Box 103104<br>Roswell, GA  30076-9104 |
| Gecrb/Care Credit<br>Attn: bankruptcy<br>PO Box 103104<br>Roswell, GA  30076-9104 | Gemb/Walmart<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell, GA  30076-9104 | Green Tree<br>PO Box 6172<br>Rapid City, SD  57709-6172 |

| | | |
|---|---|---|
| Hidden Lake Homeowners Association of Ja<br>463499 State Road 200<br>Yulee, FL  32097-3301 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | Kondaur Capital Corp<br>1 City Blvd W<br>Orange, CA  92868-3621 | Kondaur Capital Corporation<br>Chase Berger<br>Berger Firm, P.A.<br>2410 Hollywood Boulevard<br>Hollywood FL 33020-6607 |
| LTD Financial Services, LP<br>7322 Southwest Fwy Ste 1600<br>Houston, TX  77074-2134 | Law offices of Keith D. Collier<br>2350 Park St<br>Jacksonville, FL  32204-4318 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA  92123-2255 |
| Pnc Mortgage<br>3232 Newmark Dr<br>Miamisburg, OH 45342-5433 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA  23502-4962 |
| (p)PROFESSIONAL DEBT MEDIATION<br>7948 BAYMEADOWS WAY<br>2ND FLOOR<br>JACKSONVILLE FL 32256-8539 | Professional Debt Medi<br>7948 Baymeadows Way Fl 2<br>Jacksonville, FL  32256-8539 | Santander Consumer USA<br>8585 N Stemmons Fwy Ste 1100-N<br>Dallas, TX  75247-3822 |
| Santander Consumer USA Inc<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 | Southern Management<br>PO Box 149966<br>Orlando, FL  32814-8966 | Syncb/Care Credit<br>950 Forrer Blvd<br>Kettering, OH  45420-1469 |
| Syncb/Walmart<br>PO Box 965024<br>Orlando, FL  32896-5024 | Syncb/jcp<br>PO Box 965007<br>Orlando, FL  32896-5007 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| TMX Finance of Florida, Inc<br>10161 Atlantic Blvd<br>Jacksonville, FL  32225-6568 | U.S. Bank Home Mortgage<br>U.S. Bank National Association<br>4801 Frederica Street<br>Owensboro, Kentucky 42301-7441 | US Bank Home Mortgage<br>4801 Frederica St<br>Owensboro, KY  42301-7441 |
| Uac/sst<br>4315 Pickett Rd<br>Saint Joseph, MO  64503-1600 | Union Acceptance Corp<br>4315 Pickett Rd<br>Saint Joseph, MO  64503-1600 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| Wells Fargo Bank<br>PO Box 14517<br>Des Moines, IA  50306-3517 | Wells Fargo Card Ser<br>1 Home Campus Fl 3<br>Des Moines, IA  50328-0001 | Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 |

| | | |
|---|---|---|
| United States Trustee - JAX 13/7 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Keith D. Collier +<br>Law Offices of Keith D. Collier (Jax)<br>2350 Park Street<br>Jacksonville, FL 32204-4318 | Douglas W. Neway +<br>P O Box 4308<br>Jacksonville, FL 32201-4308 |
| Chase A Berger +<br>Berger Firm, P.A.<br>2410 Hollywood Boulevard<br>Hollywood, FL 33020-6607 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cap One<br>PO Box 85520<br>Richmond, VA  23285-5520 | Direct TV<br>PO Box 78626<br>Phoenix, AZ  85062-8626 | Internal Revenue Servic<br>400 W Bay St<br>Jacksonville, FL  32202-4410 |
| Portfolio Recovery<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA  23541-1067 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Professional Debt<br>7948 Baymeadows Way Fl 2<br>Jacksonville, FL  32256-8539 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Jerry A. Funk<br>Jacksonville | End of Label Matrix<br>Mailable recipients    64<br>Bypassed recipients     1<br>Total                  65 |